**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In the matter of:** | : | Case No. 08-59703 |
| | : | Chapter 7 (Judge Hoffman) |
| **Anthony Lamar Austin** | | |
| **Tracey L. Austin** | | |
| | : | |

**NOTICE TO THE CLERK OF UNCLAIMED AND SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $11.64 which represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses for the parties entitled to those unclaimed dividends are:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Gary Josephson<br>PO Box 10189<br>Columbus, OH  43201 | 10 | $1.28 |
| US Bank/ Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH  45201 | 11 | .87 |
| Roundup Funding, LLC<br>MS 550<br>Po Box 91121<br>Seattle, WA  98111-9221 | 17 | 4.74 |
| City of Columbus<br>Dept. of  Public Utilities<br>910 Dublin Rd.<br>Columbus, OH  43215 | 22 | 4.75 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $11.64 | $0.00 |

Dated: 09/09/2009         /s/ Susan L. Rhiel
                          Case Trustee